No. 84, Misc. SMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Gilbert Hahn, Jr.,* and *Jo V. Morgan, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 86, Misc. YATES v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. John T. Corrigan* for respondent.

No. 90, Misc. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General, Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 91, Misc. DUGGIN v. TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 92, Misc. WHITE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Alan C. Kohn* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 94, Misc. PARISH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. B. Hodges* for petitioner. *Solicitor General Cox* for the United States.

No. 96, Misc. BLITZ v. BOOG; and
No. 97, Misc. BLITZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent in No. 96, Misc., and for the United States in No. 97, Misc. Reported below: 328 F. 2d 596.